IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WILLIE RAYMOND PETTY,

      Petitioner,

v.

STATE OF FLORIDA,

      Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-1013

Opinion filed July 1, 2014.

Petition for Writ of Certiorari -- Original Jurisdiction.

Willie Raymond Petty, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

      The petition for writ of certiorari is dismissed as untimely filed.  <u>See</u> Fla. R.

App. P. 9.100(c)(1).

THOMAS, ROBERTS, and MAKAR, JJ., CONCUR.